JOE B. LAVIGNE AND LOUISE B. LAVIGNE, PLAINTIFFS-
RESPONDENTS, v. THE FAMILY AND CHILDREN'S
SOCIETY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 19 *N. J. Super.* 401.

*Messrs. Riker, Emery & Danzig* and *Mr. Alan W. Lowen-
stein* for the petitioner.

*Mr. Donald G. Davis* for the respondents.

September 8, 1952.  Granted.


FIDELITY UNION TRUST COMPANY, PLAINTIFF-PETI-
TIONER, v. ESTHER K. PRICE, ET ALS., DEFENDANTS-
CROSS-PETITIONERS.

On petition for certification to Superior Court, Chancery
Division.

See same case below: 18 *N. J. Super.* 578.

*Messrs. Riker, Emery & Danzig, Messrs. Whiting, Moore
& Philips, Messrs. Lindabury, Steelman & Lafferty, Mr.
William Rowe,* and *Mr. Fredrick J. Waltzinger* for the
petitioners.

*Messrs. Osborne, Cornish & Scheck* for the respondent.

September 8, 1952.  Granted.